United States District Court

District of Massachusetts

April 8, 2022                                        Case No CV-10044

Mouradian

   V

Biden etal

Clerk U.S. District Court

1 Courthouse Way

Boston, MA 02210

Dear Sir or Madam;

This is the Plaintiff's response to the Motion to Dismiss in the above entitled case submitted by Defendants, Boyle Shaughnessy and Jeffrey Clifford, claims adjuster for Safety Insurance.

Regardless of the content of the Motion(s) to dismiss, unless the authority to preempt the U.S. constitution they must overcome Article 1 Section 10 that reads in "part" "No state shall" "interfere with the obligation of contract" or Amendment 4 "No property or money shall be seized without a Warrant issued by a Judge or amendment 5 and 14 which requires due process and equal protection or Amendment 7 which requires a trial when there is a controversy that exceeds twenty dollars. There has been a controversy since the Plaintiff filed his first appeal with Medicare in 2016. The Plaintiff has been denied his Civil and Constitutional Rights from the first lawsuit filed in the court on January 20, 2017 and continued in the court in 2018 and the U.S. Court of Appeals and the Mass Superior Court and once again in this court in 2021.

Because none of the Defendants have answered this complaint as required by Rule 12 Fed. R. of Civil Procedure, the Plaintiff files a Motion under Rule 55 Civ. R. of Civil Procedure for a default as required under Rule 12.

The Plaintiff files a Motion for a Summary Judgement under Rule 56 Fed. R. of Civil Procedure for failing to show or cite a single word, phrase or sentence of the U. S. Constitution that Section 1395y (2) B of the Medicare Act is valid.

Perhaps the real remedy to resolve this case will be answered by the Office of the U. S. Marshall Service.

Attorneys for Boyles & Shaughnessy

695 Atlantic Ave.

Boston, MA 02205

Safety Insurance

P.O. Box 55098

Boston, MA 02205

## Certificate of Service

I hereby certify that a copy of this response was hand delivered or mailed to each Defendant listed below on April 8, 2022.

Respectfully Submitted

Raymond R. Mouradian

Plaintiff Pro Se

9 Knollwood Drive

Bridgewater, MA 02324

(508) 697-7528

(774) 222-5444

Cc: copies to Defendant Attorneys

U. S. Attorney for Biden and Medicare

1 Court House Way

9th Floor Suite 9300

Boston, MA 02210